```
 1  DANIEL J. BRODERICK, #89424
    Federal Defender
 2  ANN H. VORIS, Bar #100433
    Assistant Federal Defender
 3  Designated Counsel for Service
    2300 Tulare Street, Suite 330
 4  Fresno, California 93721-2226
    Telephone: (559) 487-5561
 5
    Attorney for Defendant
 6  ISMAEL ANAYA-ARAGON
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) NO. 1:09-cr-0073 AWI |
|---|---|
| Plaintiff, | ) STIPULATION TO CONTINUE STATUS |
| | ) CONFERENCE; ORDER |
| v. | ) |
| | ) Date: June 1, 2009 |
| ISMAEL ANAYA-ARAGON, | ) Time: 9:00 a.m. |
| | ) Judge: Hon. Anthony W. Ishii |
| Defendant. | ) |
| | ) |

**IT IS HEREBY STIPULATED** by and between the parties hereto through their respective counsel that the status conference in the above-captioned matter now set for May 4, 2009, **may be continued to June 1, 2009 at 9:00 A.M.**

This continuance is at the request of counsel for defendant to permit plea negotiations between the parties. This continuance will conserve time and resources for both parties and the court.

///
///
////
///
///
///

The parties agree that the delay resulting from the continuance shall be excluded in the interests of justice, including but not limited to, the need for the period of time set forth herein for effective defense preparation pursuant to 18 U.S.C. §§ 3161(h)(8)(A) and 3161(h)(8)(B)(i) and (iv).

LAWRENCE BROWN
United States Attorney

DATED: April 30, 2009          By:   /s/ Ian Garriques
                                     IAN GARRIQUES
                                     Assistant United States Attorney
                                     Attorney for Plaintiff


DANIEL J. BRODERICK
Federal Defender

DATED: April 30, 2009          By:   /s/ Ann H. Voris
                                     ANN H. VORIS
                                     Assistant Federal Defender
                                     Attorney for Defendant
                                     Ismael Anaya-Aragon

## **O R D E R**

**IT IS SO ORDERED.** Time is excluded pursuant to 18 U.S.C. §§ 3161(h)(8)(A) and 3161(h)(8)(B)(i) and (iv).

IT IS SO ORDERED.

**Dated:   May 1, 2009**               /s/ Anthony W. Ishii
                                       CHIEF UNITED STATES DISTRICT JUDGE